```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PASHA S. ANWAR, et al.,                              :

                    Plaintiffs,                      :

        -against-                                    :         DISCOVERY ORDER

FAIRFIELD GREENWICH LIMITED, et al.,  :         09 Civ. 118 (VM) (FM)

                    Defendants.                      :

This Document Relates to the Standard               :
Chartered Cases
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2012

**FRANK MAAS,** United States Magistrate Judge.

      I have reviewed the documents furnished by Mr. Brodsky, as counsel for the Standard Chartered Plaintiffs' Steering Committee, on August 29, 2012, along with both sides' letters concerning the appropriateness of the Standard Chartered Defendants' confidentiality designations.

      I agree with Mr. Brodsky's assertion that the Standard Chartered Defendants should not have designated the entirety of their production as "Confidential" – even on an interim basis. That said, the Standard Chartered Defendants' agreement that the documents challenged by the Committee may be used for purposes of summary judgment or trial without restriction obviates any real prejudice resulting from their prior designation as "Confidential." Accordingly, with one exception, I decline to re-designate any of those documents.

      The exception relates to seven documents (Exs. 23, 25-28, 31-32). The Standard Chartered Defendants urge that the cover pages of each of those documents should be redacted because it contains the "name of [a] former Bank employee who is not [a] party to this litigation." (See letter from Bradley P. Smith, Esq., to the Court, dated Sept. 10, 2012, at 4). Although I have not been furnished with each of those documents, I

...
...
...

have reviewed several of them, and I see no basis for the requested redactions. Accordingly, these documents must be produced without the cover page redactions.

SO ORDERED.

Dated:     New York, New York
           October 12, 2012

FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Victor Marrero     (By Hand)
United States District Judge

All Counsel via ECF