UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PASHA S. ANWAR, et al.,                    :

                Plaintiffs,              :

       -against-                          :          **DISCOVERY ORDER**

FAIRFIELD GREENWICH LIMITED, et al.,   :     09 Civ. 118 (VM) (FM)

                Defendants.             :

This Document Relates to Headway Investment  :
Corp. v. Standard Chartered Bank Int'l
(Americas), Ltd., et al.                   :

------------------------------------------------------------x

<img src="stamp" alt="USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/2/2013" />

**FRANK MAAS,** United States Magistrate Judge.

      I have reviewed the recent series of letters, sent to Judge Marrero and me, regarding the request of the Standard Chartered defendants that two declarations annexed as Exhibit A to plaintiff Headway Investment Corp.'s April 22 letter to Judge Marrero not be made part of the public record at this time. Having reviewed both declarations, I have some difficulty understanding why they should be shielded from public disclosure. To discuss this issue, the Court will hold a telephone conference on May 9, 2013, at 2 p.m. Headway Investments' counsel should initiate the call. Also, if the above date and time are not convenient, counsel should place a joint call to my Chambers, by no later than May 7, 2013, to reschedule the conference.

SO ORDERED.

Dated:    New York, New York
            May 2, 2013

                                          _____
                                          FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Hon. Victor Marrero        (By Hand)
United States District Judge

All Counsel via ECF